FILED
2013 Sep-30 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN MABLETON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:11-cv-00234-KOB |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On September 5, 2013, the magistrate judge entered his report and recommendation and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by the defendant be granted and this action be dismissed with prejudice.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 30th day of September, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE